In the Supreme Court of Georgia

Decided: February 8, 2023

S20Y0209. IN THE MATTER OF MUHAMMAD ABDUL-WARIT ABDUR-RAHIM.

PER CURIAM.

This matter is before the Court on the State Bar's motion for suspension of Respondent Muhammad Abdul-Warit Abdur-Rahim (State Bar No. 560822). On April 6, 2020, this Court accepted Abdur-Rahim's petition for voluntary discipline and ordered Abdur-Rahim to receive a State Disciplinary Review Board reprimand for his admitted violation of Rule 3.5 (d) of the Georgia Rules of Professional Conduct. See *In the Matter of Abdur-Rahim*, 308 Ga. 485 (841 SE2d 666) (2020). Although Adbur-Rahim was notified to appear for the reprimand, he failed to appear at the date and time specified for the reprimand. Therefore, the Court hereby suspends Abdur-Rahim from the practice of law from the date of this opinion until such time as the reprimand is administered. See Bar Rule 4-

1

109. Once Abdur-Rahim appears for and is administered the reprimand and the State Bar confirms that Abdur-Rahim received his reprimand, the State Bar is directed to file a motion in this Court to lift the suspension. Abdur-Rahim is reminded of his duties under Bar Rule 4-219 (b).

*Suspended until reprimand administered. All the Justices concur.*